EDWARD D. BUNN,

     Appellant/Cross-Appellee,

v.

HELEN D. KARSH,

     Appellee/Cross-Appellant.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NOS. 1D14-1677 & 1D14-2361

Opinion filed January 5, 2016.

An appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

Robert Bunn, Gainesville, for Appellant/Cross-Appellee.

James H. Wyman of Hinshaw & Culbertson, LLP, Coral Gables, for
Appellee/Cross-Appellant.

PER CURIAM.

     AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.